UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KEITH CHARLES HARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC BAUMANN, JAMES MEEK, and TOM HALLORAN,<br><br>Defendant. | Case No. CV-20-77-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

   IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Special Verdict Form rendered on June 29, 2022, Document No. 73.

   Dated this 29th day of June, 2022.

                               TYLER P. GILMAN, CLERK

                               By: /s/ M. Stewart
                               M. Stewart, Deputy Clerk