UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KEITH CHARLES HARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC BAUMANN, JAMES MEEK and TOM HALLORAN,<br><br>Defendant. | CV-20-77-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals/snacks be provided during deliberations for the jurors in the above entitled case.

DATED 29th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court